NUMBER 13-06-00507-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________

IN RE: THE MATTER OF THE ESTATE OF 
ALYSSA RENEE RODRIGUEZ 
____________________________________________________________

On Petition for Writ of Mandamus
____________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Garza
Memorandum Opinion


 Per Curiam 

          Relators, Diana Alcala, individually and as Independent Administratrix of the Estate
of Alyssa Renee Rodriguez, and Richard Rodriguez, filed a petition for writ of mandamus
in the above cause on September 13, 2006. On October 23, 2006, the real parties-in-interest filed a response to the petition. The Court, having examined and fully considered
the petition for writ of mandamus, the response, and supporting documents, is of the
opinion that relators have not shown themselves entitled to the relief sought. Accordingly,
the petition for writ of mandamus is DENIED. See Tex. R. App. P. 52.8. 
                                                                                      PER CURIAM

Memorandum Opinion delivered and filed
this 25th day of October, 2006.